IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Horton, Steven E

Printed: 10/22/08

Case Number: 05 B 34200
Judge: Wedoff, Eugene R
Filed: 8/29/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: October 16, 2008
Confirmed: October 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 41,395.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 39,128.59 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 2,266.41 |
| Other Funds: |  | 0.00 |
| Totals: | 41,395.00 | 41,395.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stuart B Handelman | Administrative | 0.00 | 0.00 |
| 2. | Capital One | Unsecured | 143.16 | 1,310.71 |
| 3. | Marshall Field & Company | Unsecured | 19.72 | 180.51 |
| 4. | Capital One | Unsecured | 80.15 | 733.80 |
| 5. | Resurgent Capital Services | Unsecured | 35.62 | 326.08 |
| 6. | ECast Settlement Corp | Unsecured | 1,081.49 | 9,901.94 |
| 7. | ECast Settlement Corp | Unsecured | 759.18 | 6,950.92 |
| 8. | RoundUp Funding LLC | Unsecured | 385.61 | 3,530.55 |
| 9. | Resurgent Capital Services | Unsecured | 1,110.63 | 10,168.70 |
| 10. | Capital One | Unsecured | 263.05 | 2,408.47 |
| 11. | American Express Travel Relate | Unsecured | 124.15 | 1,136.69 |
| 12. | RoundUp Funding LLC | Unsecured | 270.89 | 2,480.22 |
| 13. | American Express Travel Relate | Unsecured |  | No Claim Filed |
| 14. | Orchard Bank | Unsecured |  | No Claim Filed |
| 15. | American Express Travel Relate | Unsecured |  | No Claim Filed |
|  |  |  | $ 4,273.65 | $ 39,128.59 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 557.45 |
| 5% | 174.05 |
| 4.8% | 333.19 |
| 5.4% | 749.89 |
| 6.5% | 451.83 |
|  | $ 2,266.41 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Horton, Steven E | Case Number:  05 B 34200 |
| | Judge:  Wedoff, Eugene R |
| Printed: 10/22/08 | Filed:  8/29/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                          Marilyn O. Marshall, Trustee, by:

